Filed 3/1/22  P. v. Glover CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE, | 2d Crim. No. B314659 |
| Plaintiff and Respondent, | (Super. Ct. No. TA128535) |
| | (Los Angeles County) |
| v. | |
| ARBRY FRANK GLOVER, | |
| Defendant and Appellant. | |

Arbry Frank Glover appeals a post-judgment order denying his petition for resentencing pursuant to Penal Code section 1170.18, subdivision (a).[1]  The resentencing petition concerns his October 31, 2014, conviction of felony assault with a deadly weapon with a finding of a prior strike conviction.  (§§ 245, subd. (a)(1), 667, subds. (b)–(i), 1170.12, subds. (a)-(d).)  Glover appealed his conviction.  In an unpublished opinion, we reversed and remanded for resentencing.  (*People v. Glover* (May 4, 2016,

---

[1] All further statutory references are to the Penal Code.

B257085).)  At the March 2, 2017, resentencing, the trial court sentenced Glover to a prison term of 13 years.

On September 17, 2020, Glover filed a petition seeking the reduction of his felony conviction to a misdemeanor pursuant to section 1170.18, subdivision (a).  The trial court appointed counsel for Glover and, following a brief hearing, denied the petition.

We appointed counsel to represent Glover in this appeal. After examination of the record, counsel filed an opening brief raising no issues.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.) We advised Glover that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

The post-judgment order is affirmed.

NOT TO BE PUBLISHED.


GILBERT, P. J.


We concur:



YEGAN, J.



PERREN, J.


2

Drew E. Edwards, Judge

Superior Court County of Los Angeles

_____

Stephen Borgo, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.